1  PAUL B. BEACH, State Bar No. 166265
   pbeach@franscell.com                                          **CLOSED**
2  SCOTT CARON, State Bar No. 227871
   scaron@franscell.com
3  FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California  91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
   Attorneys for Defendants
7  LEROY BACA, LARRY WALDIE, SHAUN MATHERS,
   GREG MCKNIGHT and THOMAS LAING
8

9                 **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12  KEITH LAKE, individually and as a          )  Case No. CV 06-08055 DDP (SHx)
    representative of the class defined         )
13  hereinbelow,                                )  Honorable Dean D. Pregerson
                                                )
14             Plaintiff,                        )  **JUDGMENT OF DISMISSAL IN**
                                                )  **FAVOR OF DEFENDANTS**
15        vs.                                    )
                                                )
16  LEROY BACA, et al.,                         )  [Local Rule 56-1]
                                                )
17             Defendants.                       )
                                                )
18  _____     )

19

20        On April 7, 2007, the Motion for Summary Judgment by Defendants LEROY

21  BACA, LARRY WALDIE, SHAUN MATHERS, GREG MCKINGHT and

22  THOMAS LAING came on regularly for hearing in Courtroom 3 of this Court, the

23  Honorable Dean D. Pregerson, District Judge, presiding.

24        After full consideration of the evidence, the Separate Statement of

25  Uncontroverted Facts and Conclusions of Law and the authorities submitted by

26  counsel, the Court finds there is no triable issue of material fact in this case with

27  regard to Plaintiff KEITH LAKE'S claims against Defendants LEROY BACA,

28  LARRY WALDIE, SHAUN MATHERS, GREG MCKINGHT and THOMAS

1   LAING and that these Defendants are entitled to judgment as a matter of law.

2       Accordingly, it is hereby ADJUDGED and ORDERED that:

3       1.      Judgment shall be entered in favor of Defendants LEROY BACA,

4   LARRY WALDIE, SHAUN MATHERS, GREG MCKINGHT and THOMAS

5   LAING, and against Plaintiff KEITH LAKE;

6       2.      Plaintiff KEITH LAKE shall recover nothing by way of his claims

7   against Defendants LEROY BACA, LARRY WALDIE, SHAUN MATHERS,

8   GREG MCKINGHT and THOMAS LAING; and

9       3.      Defendants LEROY BACA, LARRY WALDIE, SHAUN MATHERS,

10  GREG MCKINGHT and THOMAS LAING shall be entitled to costs of suit

11  incurred herein.

12

13  DATED:  April 15, 2008

14

15                                              _____

16                                              HONORABLE DEAN D. PREGERSON
                                                United States District Judge

17  Respectfully Submitted by:

18  FRANSCELL, STRICKLAND,

19  ROBERTS & LAWRENCE

20

21  By_____

22       Scott E. Caron
    Attorneys for Defendants
23  LEROY BACA, LARRY WALDIE,

24  SHAUN MATHERS, GREG MCKNIGHT
    and THOMAS LAING

25

26

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA; COUNTY OF LOS ANGELES**

I, Brooke Moyer, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, California  91210-1219.

On April 14, 2008, I served the foregoing **[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Marion Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice, CA 90291-3270

**BY MAIL** as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business.  I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Glendale, California.

_____
Declarant

Lake/Judgment [Proposed]                                          3